# Court of Appeals
# of the State of Georgia

ATLANTA,  August 27, 2025

*The Court of Appeals hereby passes the following order:*

**A26E0041.  LESLIE A. ROGERS v. BRION R. RODGERS.**

Leslie A. Rogers[1] has filed a Motion to Extend Time to File Application for Discretionary Appeal. The Motion is GRANTED; Movant is granted a 30-day extension resulting in a due date of September 26, 2025. No further extensions may be granted. See OCGA §§ 5-6-35 (d); 5-6-39 (a) (5), (c); Court of Appeals Rule 16 (c).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  08/27/2025*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[1] The Motion spells Movant's surname "Rogers," and this Court docketed the case in accordance with this spelling. However, we note that the trial court spelled Movant's surname "Rodgers" in its July 28, 2025 order.